IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joshua Fikes,                                                  Case No. 3:24-cv-00405

           Plaintiff,

           v.

Dustin Smith, *et al*.,                            **ORDER**

           Defendants.

Before me is Plaintiff Joshua Fikes' Motion to Include Additional Causes of Action and Motion to Join Defendant and Designate Any Order as Legal Mail. (Doc. 10, PgID. 645).

On April 25, 2024, I granted Plaintiff leave to file an amended complaint with instructions. (Doc. 6). Accordingly, Plaintiff's motion to include additional causes of action and join a defendant is denied as moot.

Plaintiff also asks that I order the Clerk of the Court to mark "any order rendered regarding this matter" as "Legal Mail." (Doc. 10, PgID. 645). In my April 25 Order, I ordered the Clerk of the Court to stamp certain items as "Legal Mail" at that time. (Doc. 6, PgID. 636).

Without deciding this issue on the merits, and until otherwise ordered, the Clerk shall mark orders mailed to Plaintiff in this case as "Legal Mail."

**Conclusion**

It is, therefore, ORDERED THAT:

1.     Plaintiff's motion to include additional causes of action and join a defendant is denied as moot;

2.     Until or unless otherwise ordered, the Clerk shall mark all documents mailed to the Plaintiff in this case as "Legal Mail."

SO ORDERED.

1

DATE: 7/10/2024

/s/*James G. Carr*
Sr. U.S. District Judge

2